IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| State of North Dakota, | ) | |
| State of Montana, | ) | |
| State of Texas, | ) | |
| State of Utah, and | ) | |
| State of Wyoming, | ) | **ORDER** |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| The United States Department of the Interior; | ) | |
| Debra Ann Haaland, in her official capacity as | ) | |
| Secretary of Interior; The Bureau of Land | ) | |
| Management; Tracy Stone Manning, in her official | ) | Case No. 1:24-cv-066 |
| capacity as the Director of the Bureau of Land | ) | |
| Management; and Sonya Germann, in her official | ) | |
| capacity as the Director of the Montana-Dakotas | ) | |
| Bureau of Land Management, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is a Motion to Enter a Merits Scheduling Order filed by Defendants on August 30, 2024. (Doc. No. 51). Defendants request that the court (1) set deadlines for the filing motions regarding the administrative record, and (2) establish a briefing schedule similar in form to the briefing schedule issued in North Dakota v. United States Department of Interior, No. 1:21-cv-148, Doc. No. 46 (D.N.D. Apr. 7, 2022).

On September 3, 2024, Plaintiffs filed a response to Defendant's motion. (Doc. No. 52). They agree that the entry of a scheduling order would be appropriate and propose page limitations as well as scheduling deadlines slightly different than those proposed by Defendants.

Having reviewed the parties' submissions, the court is inclined to adopt the deadlines proposed by Plaintiffs as they take the upcoming holidays into account. Accordingly, the court

1

**GRANTS** Defendants' motion (Doc. No. 51) in part and **ORDERS**:

(1) Plaintiff shall have until September 16, 2024, to file motions regarding the completion of the Administrative Record. Any such motion would be briefed in accordance with D.N.D. Civ. L.R. 7.1(B)

(2) Plaintiff shall have until October 16, 2024, to file a motion for summary judgment, not exceeding 40 pages without seeking leave of the court.

(3) Defendants shall have until November 15, 2024, to file responses to Plaintiff's motion and a cross-motion for summary judgment, the combined total combined total of which shall not exceed 40 pages without seeking leave of the court.

(4) Plaintiff shall have until December 6, 2024, to file a response to Defendants' motion and a reply in support of its motion, the combined total of which shall not exceed 20 pages without seeking leave of the court.

(5) Defendants shall have until January 3, 2025, to file a reply in support of their motion, which shall not exceed 20 pages without seeking leave of the court.

Dated this 4th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court