UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| THE STATE OF NORTH DAKOTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>    Defendants. | No. 1:24-cv-66-DMT-CRH<br><br><br>**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE STAY** |

Defendants—the United States Department of the Interior, Douglas Burgum, in his official capacity as the Secretary of the Interior, the Bureau of Land Management ("BLM"), Jon Raby, exercising the delegated authority of the Director of BLM, and Sonya Germann, in her official capacity as Director of BLM Montana/Dakotas—respectfully request that the Court continue the stay of this case, with a status report due from Federal Defendants within sixty days of any order granting the motion. Plaintiffs do not oppose this motion.

A memorandum in support of this motion is attached hereto.

Respectfully submitted this 21st day of April, 2025.

                ADAM R.F. GUSTAFSON
                Acting Assistant Attorney General
                United States Department of Justice
                Environment and Natural Resources Division

                */s/ Erik Van de Stouwe*

                MICHAEL S. SAWYER
                Senior Trial Attorney
                ERIK VAN DE STOUWE
                Trial Attorney
                U.S. Department of Justice

                Environment and Natural Resources Division
                Natural Resources Section
                P.O. Box 7611
                Washington, DC 20044-7611
                Tel.: (202) 514-5273
                        (202) 305-0247
                Michael.Sawyer@usdoj.gov
                Erik.Van.de.Stouwe@usdoj.gov

                *Counsel for Defendants*