IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| THE STATE OF NORTH DAKOTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>    Defendants. | No. 1:24-cv-66-DMT-CRH<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' SECOND UNOPPOSED MOTION TO CONTINUE THE STAY** |

Defendants—the United States Department of the Interior, Douglas Burgum, in his official capacity as the Secretary of the Interior, the Bureau of Land Management ("BLM"), William Groffy, exercising the delegated authority of the Director of BLM, and Sonya Germann, in her official capacity as Director of BLM Montana/Dakotas—respectfully request that the Court continue the stay of this case, with a status report due from Federal Defendants sixty days after any order granting the motion.

Defendants first moved to hold the case in abeyance on February 13, 2025. ECF No. 75. They observed that BLM was reviewing the 2024 Waste Prevention Rule ("2024 Rule") challenged by Plaintiffs pursuant to Executive Order 14154, Unleashing American Energy, 90 Fed. Reg. 8353 (Jan. 29, 2025), and Secretarial Order 3418 (Feb. 3, 2025). The Court granted Defendants' motion on February 18, 2025, staying the case for 60 days and ordering the parties to file a joint status report at the end of the 60-day period. ECF No. 76. The parties filed their first Joint Status Report on April 21, 2025, and Defendants filed their first motion to continue the stay that same day.  ECF Nos. 77, 78.  The Court granted that motion and ordered the parties to file another status report by June 20, 2025. ECF No. 79.

1

Federal Appellants' interlocutory appeal remains in abeyance at the Court of Appeals for the Eighth Circuit. *State of North Dakota v. U.S. Department of Interior*, No. 24-3299, *Order* (Feb. 14, 2025). In its April 16, 2025 Order, the Court of Appeals directed Federal Appellants to file a status report on June 16, 2025. *Id*. That status report states the following.

> BLM's review of the 2024 Rule and this case is ongoing. Since BLM provided a status update on April 15, 2025, high-level agency officials within BLM and the Department of the Interior have been reviewing the 2024 Rule and considering next steps with respect to the Rule based on an action plan and detailed memoranda developed and submitted by BLM. An abeyance accordingly remains necessary while the agency's decision-making process is pending. BLM will provide another status report in 60 days. *State of North Dakota*, No. 24-3299, *Status Report* (June. 16, 2025).

Federal Appellants' next status report in the Eighth Circuit is due by August 15, 2025. *State of North Dakota*, No. 24-3299, *Clerk Letter* (June. 16, 2025).

There have been no relevant updates since Federal Appellants filed their status report on June 15, 2025. Officials within BLM and the Department of the Interior are still reviewing the 2024 Rule based on an action plan with respect to the 2024 Rule. These officials are considering detailed memoranda submitted by BLM and weighing the agency's next steps with respect to the 2024 Rule.

Defendants therefore move for a continued stay of another 60 days. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Because new leadership at the Department of the Interior is reviewing the 2024 Rule, continuing the stay would serve the interests of justice and economy by providing those officials with the time necessary to familiarize themselves with the issues presented by the 2024 Rule and determine how best to implement the policy of the United States.

For this reason, the Court should grant this motion and continue the stay for another 60 days, with Defendants to file a status report at the end of this 60-day period.

Respectfully submitted this 20th day of June, 2025.

> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> */s/ Erik Van de Stouwe*
>
> MICHAEL S. SAWYER
> Senior Trial Attorney
> ERIK VAN DE STOUWE
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel.: (202) 514-5273
>         (202) 305-0247
> Michael.Sawyer@usdoj.gov
> Erik.Van.de.Stouwe@usdoj.gov
>
> *Counsel for Defendants*