**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| THE STATE OF NORTH DAKOTA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | No. 1:24-cv-66-DMT-CRH<br><br><br>**SEVENTH JOINT STATUS REPORT** |

Plaintiffs—the States of North Dakota, Wyoming, Texas, Utah, and Montana—and

Defendants—the United States Department of the Interior, Douglas Burgum, in his official

capacity as the Secretary of the Interior, the Bureau of Land Management (BLM), William

Groffy, in his official capacity as Acting Director of BLM, and Sonya Germann, in her official

capacity as Director of BLM Montana/Dakotas—respectfully submit this Joint Status Report

pursuant to the Court's February 12, 2026, Order, ECF. No. 97.

Defendants first moved to hold the case in abeyance on February 13, 2025. ECF No. 75.

They observed that BLM was reviewing the 2024 Waste Prevention Rule ("2024 Rule")

challenged by Plaintiffs pursuant to Executive Order 14154, Unleashing American Energy, 90

Fed. Reg. 8353 (Jan. 29, 2025), and Secretarial Order 3418 (Feb. 3, 2025). The Court granted

Defendants' motion on February 18, 2025, staying the case for 60 days and ordering the parties

to file a joint status report at the end of the 60-day period. ECF No. 76. The parties filed their

first Joint Status Report on April 21, 2025. ECF No. 77. Since that date they have filed Joint

Status Reports every 60 days while appropriations continued. ECF Nos. 80 (Second Joint Status

Report), 85 (Third Joint Status Report). Defendants have also moved unopposed to continue the

1

stay of the case every 60 days, ECF Nos. 78, 81, 87, 92, 96 and the Court has granted each of those motions, ECF Nos. 79, 82, 89, 93, 97. During this time, Federal Appellants' interlocutory appeal has remained in abeyance at the Court of Appeals for the Eighth Circuit. *State of North Dakota v. U.S. Department of Interior*, No. 24-3299, *Order* (Feb. 14, 2025).

BLM's review of the 2024 Rule and its consideration of next steps is moving forward. On February 17, 2026, Interior transmitted a proposed rule to the Office of Information and Regulatory Affairs (OIRA) within the Office of Management and Budget for interagency review before publication. OIRA provided Round 1 comments to BLM on March 3, 2026. BLM sent back its response to those comments to OIRA on April 20, 2026. OIRA completed its review of BLM's responses on April 30, 2026. The proposed rule entitled "Royalty for Oil and Gas Lost from Onshore Federal and Indian Leases" (RIN 1004-AF33) will be published in the Federal Register on June 24, 2026. This proposed rule will appear on the Public Inspection Desk on June 23, 2026.

The parties agree that continuing the stay would serve the interests of justice and economy by providing the Executive Branch with the time necessary to familiarize themselves with the issues presented by the 2024 Rule and determine how best to implement the policy of the United States.

Respectfully submitted this 23rd day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


*/s/ Michael S. Sawyer*

MICHAEL S. SAWYER
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel.: (202) 514-5273
    (202) 341-8782
Michael.Sawyer@usdoj.gov

*Counsel for Defendants*


DREW H. WRIGLEY
Attorney General

*/s/ Philip Axt*
PHILIP AXT
Solicitor General
600 E. Boulevard Ave., Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: pjaxt@nd.gov

PAUL M. SEBY
Special Assistant Attorney General
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

*Counsel for State of North Dakota*

AUSTIN KNUDSEN
Attorney General

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
Solicitor General
Montana Department of Justice
215 N. Sanders Helena, MT 59601
Christian.Corrigan@mt.gov

*Counsel for State of Montana*

KEN PAXTON
Attorney General

*/s/ Christopher Lee Lindsey*
CHRISTOPHER LEE LINDSEY
DAVID BRYANT
MUNERA AL-FUHAID
MARK A CSOROS
Assistant Attorneys General
P.O. Box 12584, Capital Station
Austin, Texas 78711
Phone: (512) 463-2157
Christopher.Lindsey@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
mark.csoros@oag.texas.gov

*Counsel for State of Texas*

KEITH J. KAUTZ
Attorney General

*/s/ David DeWald*
DAVID DEWALD
Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Phone: (307) 777-7895
david.dewald@wyo.gov

*Counsel for State of Wyoming*

DEREK E. BROWN
Attorney General

/s/ *Kathy A.F. Davis*
KATHY A.F. DAVIS
Assistant Attorney General
Utah Attorney General's Office
Division of Natural Resources
1594 W North Temple St
Salt Lake City, UT 84116
Phone: (801) 888-1876
kathydavis@agutah.gov

*Counsel for State of Utah*